AMENDED

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

AO-10 (WP)
Rev. 1/2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KOZINSKI, ALEX | U.S. Court of Appeals, 9th Cir. | 5/15/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 S. Grand Avenue, Suite 200 <br> Pasadena, CA 91105 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| ALL LIMITED PARTNERSHIPS | REPORTED IN SECTION VII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 01/27 | Universtity of Calif. Santa Barbara - Lecture Fee | $ 2,500 |
| 2/28-3/2 | Stanford Law School - Lecture Fee | $ 5,000 |
| 4/23-4/24 | Canisius College - Lecture Fee | $ 4,000 |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 01/01-12/31 | Self-employed as attorney | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| | NONE (No such reportable reimbursements.) | | |
| 1 | Univ. of Calif. Santa Barbara | Jan. 27 | Travel & Lodging |
| 2 | The Federalist Society - Berkeley CA | Feb. 13 | Travel |
| 3 | The Federalist Society - South Bend, Ind. | Feb. 21-23 | Travel & Lodging |
| 4 | Stanford Law School | Feb. 28 - March 2 | Travel & Lodging |
| 5 | Assoc. Of Ski Defense Lawyers - Snowbird, Utah | March 2-5 | Travel & Lodging (self & son) |
| 6 | NYU Law School | April 13-15 | Travel & Lodging |
| 7 | The Federalist Society - New York, NY | April 15 | Travel & Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x | NONE (No such reportable gifts.) | | |
| 1 | | | S |
| 2 | | | S |
| 3 | | | S |
| 4 | | | S |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| x | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KOZINSKI, ALEX | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ▓▓SHS. CON EDISON | A | Dividend | K | T | | | | | |
| 2 ▓▓SHS. PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3 RMA TAX FREE FUND, INC. | A | Interest | K | T | Buy | Var | J | | |
| 4 ▓▓IPA-UTA - BONDS | A | Interest | | | Sold | 7/01 | K | | |
| 5 ▓▓SAN FRAN. BAY RPD | A | Interest | J | T | | | | | |
| 6 ▓▓LA CO CA CTFS PRTS | A | Interest | J | T | | | | | |
| 7 ▓▓CATS ACCR-TREAS | A | Interest | | | Sold | 11/17 | J | | |
| 8 ▓▓REF CORP - BONDS | A | Interest | J | T | | | | | |
| 9 ▓▓CATS SERV U-COUP | A | Interest | J | T | | | | | |
| 10 ▓▓STRIPS-TINT | A | Interest | J | T | | | | | |
| 11 ▓▓STRIPS-TINT | A | Interest | J | T | | | | | |
| 12 ▓▓REF CORP - BONDS | A | Interest | J | T | | | | | |
| 13 ▓▓REF CORP - BONDS | A | Interest | J | T | | | | | |
| 14 ▓▓REF CORP - BONDS | A | Interest | J | T | | | | | |
| 15 ▓▓REF CORP - BONDS | A | Interest | J | T | | | | | |
| 16 ▓▓SHS SANMINA-SCI | A | Dividend | J | T | | | | | |
| 17 ▓▓SHS. STANCORP | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal V=Other | R=Cost (real estate only) W=Estimated | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KOZINSKI, ALEX | 5/15/04 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 DREYFUS MUNI MONEY MARKET FUND | E | Interest | N | T | | | | | |
| 19 SHS WILLIAM BLAIR GROWTH FUND | A | Dividend | J | T | | | | | |
| 20 SHS COCA COLA | A | Dividend | J | T | | | | | |
| 21 SHS FIDELITY DEVONSHIRE FUND | A | Dividend | J | T | | | | | |
| 22 SHS FIDELITY EQUITY INCOME FUND | A | Dividend | J | T | | | | | |
| 23 SHS FIDELITY EQUITY INCOME II FUND | A | Dividend | J | T | | | | | |
| 24 SHS FIDELITY LOW PRICED STOCK FUND | A | Dividend | J | T | | | | | |
| 25 SHS SCUDDER GOWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 26 SHS JANUS WORLDWIDE FUND | A | Dividend | J | T | | | | | |
| 27 SHS LONGLEAF PARTNERS FUND | B | Dividend | J | T | | | | | |
| 28 SHS MANAGERS INT'L EQUITY FUND | A | Dividend | J | T | | | | | |
| 29 SHS WELLS FARGO FNDS MONTGOMERY EMERGING | A | Dividend | J | T | Conversion | 05/03 | | | |
| 30 SHS WHITE OAK GROWTH FUND | A | Dividend | J | T | | | | | |
| 31 SHS ROYCE PENN MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32 SHS STRON HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 33 SHS TORRAY FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=More than $50,000,000 | | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 | INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 35 | ▓▓SHS AT&T CORP | A | Dividend | J | T | | | | | |
| 36 | ▓▓SHS COMCAST | A | Dividend | J | T | | | | | |
| 37 | ▓▓SHS AT&T WIRELESS SVCS | A | Dividend | J | T | | | | | |
| 38 | ▓▓SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 39 | ▓▓SHS GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 40 | ▓▓SHS DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 41 | ▓▓▓CTF ACCR.TREAS | B | Interest | K | T | | | | | |
| 42 | SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 43 | ▓▓SHS GOODYEAR TIRE | A | Dividend | J | T | | | | | |
| 44 | ▓▓▓SHS 3M | A | Dividend | J | T | | | | | |
| 45 | ▓▓▓▓CTF ACCR. TREAS | B | Interest | K | T | | | | | |
| 46 | (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 47 | (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |
| 48 | ▓▓▓▓ SEP. TRDG. REG. | A | Interest | J | T | | | | | |
| 49 | SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4  INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 53 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III.

| | | |
|---|---|---|
| 06/17 | San Fracisco Inns of Court-Honorarium Donated Directly to UCLA | $ 500 |
| 9/14-9/16 | Hofstra Law School - lecture fee | $3,000 |
| 9/30 | Kroll Ontrack - lecture fee | $1,500 |

Part IV.

April 15 - The Federalist Society - Hartford, Ct. / Travel & Lodging
April 23-24 - Canisius College-Buffalo, NY / Travel & Lodging
May 16-18 - Calif. Acad. App. Lwyrs-Monterey, CA / Travel & Lodging (self █████).
June 13 - Arizona State Bar-Phoenix, Ariz. / Travel & Lodging
Sept. 14-16 - Hofstra Law School - Hempstead, NY/Travel & Lodging
Sept. 30 - Kroll Ontrack / Mileage
Oct. 14-16 - Fred Friendly Sem. -SF, CA
Oct. 17-19 - ABTL Annual Seminar - Santa Ana Pueblo, N.M./ Travel & lodging for self █████████
Nov. 13-15 - The Fed ralist Soc., Wash. DC./ Travel & Lodging
Nov. 16-18 - The Federalist Soc., Chicago, ILL/ Travel & Lodging
Nov. 18 - Boston Univ. School of Law, Boston, Mass./ Travel

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____████████████_____                                      Date 4/13/04

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) KOZINSKI, ALEX | 2. Court or Organization U.S. Court of Appeals, 9th Cir. | 3. Date of Report 5/15/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Active | 5. Report Typ (chc k appropriat type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 01/01/2002 to 12/31/2002 |

| 7. Chambers or Office Address 125 S. Grand Avenue, Suite 200 Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| ALL LIMITED PARTNERSHIPS | REPORTED IN SECTION VII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |

FINANCIAL DISCLOSURE OFFICE 2004 JUN -3 A 11: 34 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 01/27 | University of Calif. Santa Barbara | $ 2,500 |
| 2/28-3/2 | Stanford Law School | $ 5,000 |
| 4/23-4/24 | Canisius College | $ 4,000 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 01/01-12/31 | Self-employed as attorney |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Univ. of Calif. Santa Barbara | Travel & Lodging |
| 2 | The Federalist Society - Berkeley  CA | Travel |
| 3 | The Federalist Society - South Bend, Ind. | Travel & Lodging |
| 4 | Stanford Law School | Travel & Lodging |
| 5 | Assoc. Of Ski Defense Lawyers - Snowbird, Utah | Travel & Lodging (self & son) |
| 6 | NYU Law School | Travel & Lodging |
| 7 | The Federalist Society - New York, NY | Travel & Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ▆SHS. CON EDISON | A | Dividend | K | T | | | | | |
| 2 ▆SHS. PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3 RMA TAX FREE FUND, INC. | A | Interest | K | T | Buy | Var | J | | |
| 4 ▆IPA-UTA - BONDS | A | Interest | K | T | Sold | 7/01 | K | | |
| 5 ▆SAN FRAN. BAY RPD | A | Interest | J | T | | | | | |
| 6 ▆LA CO CA CTFS PRTS | A | Interest | J | T | | | | | |
| 7 ▆CATS ACCR-TREAS | A | Interest | J | T | Sold | 11/17 | J | | |
| 8 ▆REF CORP - BONDS | A | Interest | J | T | | | | | |
| 9 ▆CATS SERV U-COUP | A | Interest | J | T | | | | | |
| 10 ▆STRIPS-TINT | A | Interest | J | T | | | | | |
| 11 ▆STRIPS-TINT | A | Interest | J | T | | | | | |
| 12 ▆REF CORP - BONDS | A | Interest | J | T | | | | | |
| 13 ▆REF CORP - BONDS | A | Interest | J | T | | | | | |
| 14 ▆REF CORP - BONDS | A | Interest | J | T | | | | | |
| 15 ▆REF CORP - BONDS | A | Interest | J | T | | | | | |
| 16 ▆SHS SANMINA-SCI | A | Dividend | J | T | | | | | |
| 17 ▆SHS. STANCOPR | A | Interest | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2) U=Book value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | DREYFUS MUNI MONEY MARKET FUND | E | Interest | N | T | Buy/Sell | Var | N | | |
| 19 | ███ SHS WILLIAM BLAIR GROWTH FUND | A | Dividend | J | T | | | | | |
| 20 | ███ SHS COCA COLA | A | Dividend | J | T | | | | | |
| 21 | ███ SHS FIDELITY DEVONSHIRE FUND | A | Dividend | J | T | | | | | |
| 22 | ███ SHS FIDELITY EQUITY INCOME FUND | A | Dividend | J | T | | | | | |
| 23 | ███ SHS FIDELITY EQUITY INCOME II FUND | A | Dividend | J | T | | | | | |
| 24 | ███ SHS FIDELITY LOW PRICED ST CK FUND | A | Dividend | J | T | | | | | |
| 25 | ███ SHS SCUDDER GOWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 26 | ███ SHS JANUS WORLDWIDE FUND | A | Dividend | J | T | | | | | |
| 27 | ███ SHS LONGLEAF PARTNERS FUND | B | Dividend | J | T | | | | | |
| 28 | ███ SHS MANAGERS INT'L EQUITY FUND | A | Dividend | J | T | | | | | |
| 29 | ███ SHS WELLS FARGO FNDS MONTCOMERY EMERGING | A | Dividend | J | T | Conversion | 05/03 | | | |
| 30 | ███ SHS WHITE OAK GROWTH FUND | A | Dividend | J | T | | | | | |
| 31 | ███ SHS ROYCE PENN MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32 | ███ SHS STRON HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 33 | ███ SHS TORRAY FUND | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KOZINSKI, ALEX | 5/15/04 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (includes these of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 35 ▉SHS AT&T CORP | A | Dividend | J | T | | | | | |
| 36 ▉SHS COMCAST | A | Dividend | J | T | | | | | |
| 37 ▉SHS AT&T WIRELESS SVCS | A | Dividend | J | T | | | | | |
| 38 ▉SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 39 ▉SHS GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 40 ▉SHS DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 41 ▉CTF ACCR.TREAS | B | Interest | K | T | | | | | |
| 42 MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 43 ▉SHS GOODYEAR TIRE | A | Dividend | J | T | | | | | |
| 44 ▉SHS 3M | A | Dividend | J | T | Stock Split | 09/29 | | | |
| 45 ▉CTF ACCR. TREAS | B | Interest | K | T | | | | | |
| 46 (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 47 (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |
| 48 ▉SEP. TRDG. REG. | A | Interest | J | T | | | | | |
| 49 MONEY MARKET FUND | A | Interest | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| KOZINSKI, ALEX | 5/15/04 |

## VII. Page 4  INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 53 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III.

| | | |
|---|---|---|
| 06/17 | San Frnacisco Inns of Court-Honorarium Donated Directly to UCLA | $ 500 |
| 9/14-9/16 | Hofstra Law School | $3,000 |
| 9/30 | Kroll Ontrack | $1,500 |

Part IV.

| | | | |
|---|---|---|---|
| The Federalist Society - Hartford, Ct. | Travel & Lodging | Kroll Ontrack | Mileage |
| Canisius College-Buffalo, NY | Travel & Lodging | Fred Friendly Sem. -SF, CA | Travel |
| Calif. Acad. App. Lwyrs-Monterey, CA | Travel & Lodging (self & son) | ABTL - NM | Travel & Lodging (self & spouse) |
| Arizona State Bar-Phoenix, Ariz. | Travel & Lodging | The Federalist Soc. Wash. DC. | Travel & Lodging |
| Hofstra Law School - Hempstead, NY | Travel & Lodging | The Federalist Soc. Chicago, ILL | Travel & Lodging |
| Boston Univ. School of Law - Boston, Mass. | Travel | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date 5/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544